AO 442 (Rev. 12/85) Warrant for Arrest  AUSA STUART

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

CHARLIE MARTIN

**WARRANT FOR ARREST**

**CASE NUMBER:**

TO: **The United States Marshal and any Authorized United States Officer**

00-6270

*Charles Martin*
YOU ARE HEREBY COMMANDED to arrest ~~HANNIBAL PENNEY~~

CR-GRAHAM

Name

**MAGISTRATE TURNOFF**

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense) knowingly and willfully conspiring with others to commit an offense and conspiracy to commit wire fraud against the U.S., that is, having devised a scheme to defraud persons throughout the U.S., by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice, to knowingly transmit and cause the transmission of interstate wire (telephone) communications and the willful transmission of such wire communications in execution of said scheme and artifice so devised

in violation of Title __18__ United States Code, Sections __371(conspiracy);1343 (wire fraud), and 2__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

FORT LAUDERDALE, FL
Date and Location

UNITED STATES MAGISTRATE JUDGE

Bail fixed at $ 50,000 PSB
not to be incarcerated overnight

by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |
| | | |