UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-Graham

UNITED STATES OF AMERICA,

v.

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

CHARLIE MARTIN

COMES NOW _Richard B. Mateer_, and files this appearance as Co-counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED _12/6/00_

Attorney _Richard B. Mateer_
Address _2131 S_
City _Boca Raton_   State _FL_   Zip _33433_
Telephone _(561) 488-1110_
Florida Bar No. _193462_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_Charles Martin_