UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

v.                                                 :       NOTICE OF PERMANENT
                                                           APPEARANCE AS COUNSEL
                                                   :       OF RECORD

Charlie Martin                                     :

COMES NOW H. John Williams Jr., and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED 12/6/00

Attorney   H. John Williams Jr
Address    Hicks, Anderson & Kneale
           100 N. Biscayne Blvd. # 2402
City       Miami          State FL    Zip 33132
Telephone  305 374-8171
Florida Bar No. 166087

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

Charles Martin