koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.___00-6270-CR-GRAHAM___

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

          Plaintiff,
Language __ENGLISH__
Tape No. _00H-51-918_
v.
AUSA _Anne Martinez_
Agent _____

CHARLIE MARTIN a/ka
CHARLIE COLE a/k/a FRED MURPHY a/k/a JERRY FRIED
    Defendant.        DOB:
_____/   Reg #

The above-named defendant having been arrested on __SURRENDER__ having appeared before the court for initial appearance on __12-6-00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:
1. _H. John Williams, Jr_ & _Richard B. Mateer_ appeared as (permanent/~~temporary~~) counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2000.
4. ~~Arraignment~~/Preliminary/Removal/Identity hearing is set for _10am_ _R/A/A_, 2000.
5. ~~The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because_____~~
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   ~~$100,000 PSB~~ cosigned by mother (to mail in w/in 10 days)

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
✓ a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows: ✓ times a week by phone, _1_ time a week in person; ~~in EDTCA~~  ~~in SD/FL~~
   other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__ d. Maintain or actively seek full time gainful employment.

CHARLIE MARTIN a/k/a CHARLIE COLE a/k/a FRED MURPHY a/k/a JERRY FRIED

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
_✓_j. Comply with the following additional special conditions of this bond: *travel between SD/FL and CD/CA; maintain current residence*

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is __
_____
_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Miami, Florida, this 6th day of DECEMBER 2000.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE
                                              PETER R. PALERMO

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation