UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

vs.

CHARLIE MARTIN A/K/A CHARLIE COLE
A/K/A FRED MURPHY A/K/A JERRY FRIED
                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: *English*

The above-named Defendant appeared before **Magistrate Judge** *Palermo* , where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address: *1935 Sherington Place*
*Newport Beach, CA 92623*

Tel. No: _____

Defense Counsel:    Name : *H. Dohn Williams, Jr.*

*Co-counsel-*        Address: *100 N. Biscayne Blvd. #2402*
*Richard B. Mateer,*              *Miami, Fl 33132*
*21301 Powerline Road*
*Ste 309*    Tel. No: *(305) 374-8171*
*Boca Raton FL 33433-3805*
Bond Set/Continued:    $ *100,000 PSB*

Dated this ___*6th*___ day of    DECEMBER_____, 2000.

CLARENCE MADDOX, CLERK
                MAEDON CLARK
BY_____
        Deputy Clerk

c:Clerk for Judge
  U.S. Attorney            TAPE NO. _00H-_____
  Defense Counsel          DIGITAL START NO._____
  Pretrial Services
formarra.ign