UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

**COURTROOM MINUTES**

*12-12-00*
*Miami*

Case No. OO-6270-CR-DLG    Date: 12-12-00

Style: U.S.A. Vs. Charlie Martin

Pltf/AUSA Annie Martinez

Defense Counsel: John Williams

Reporter: BARBARA MEDINA          Deputy Clerk  CLARA FOSTER

Status Conference/Hearing on Motion: Counsel was Advised of motion deadline 3 Plea cut off date; Court will enter a Scheduling order regarding same

Calendar Call_____ Trial Set/Reset for _____

TRIAL MINUTES:    BENCH/JURY      VOIR DIRE HELD_____

JURY TRIAL BEGINS _____ TRIAL HELD _____ DAY #_____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED      SENTENCE DATE_____

MISCELLANEOUS NOTES TO DOCKET CLERK:_____