AO 442 (Rev. 12/85) Warrant for Arrest  AUSA STUART

# United States District Court

SOUTHERN DISTRICT OF FLORIDA  507/37

UNITED STATES OF AMERICA

V.

CHARLIE MARTIN

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

**CASE NUMBER:**

**00-6270 CR-GRAHAM**

YOU ARE HEREBY COMMANDED to arrest ~~HANNIBAL PENNEY~~ *Charles Martin*

Name

MAGISTRATE TURNOFF

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense) knowingly and willfully conspiring with others to commit an offense and conspiracy to commit wire fraud against the U.S., that is, having devised a scheme to defraud persons throughout the U.S., by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice, to knowingly transmit and cause the transmission of interstate wire (telephone) communications and the willful transmission of such wire communications in execution of said scheme and artifice so devised

in violation of Title 18 United States Code, Sections 371 (conspiracy); 1343 (wire fraud), and 2

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ 50,000 PSB
not to be incarcerated overnight

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL
Date and Location

by _____
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

40

### RETURN

This warrant was received and executed with the arrest of the above defendant at
MIAMI, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/14/2000 | James A. Tassone, USM SD/FL | Ed Purchase, SDUSM |
| DATE OF ARREST 12/6/2000 | | |