UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 00-6270-CR-GRAHAM

CHARLIE MARTIN,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME

The Defendant, Charlie Martin, moves the Court for an extension of time to finalize a negotiated plea. The Court set a deadline of February 21st regarding the finalizing of plea agreements. The Defendant and the government are actively engaged in plea negotiations. The Defendant expects to have a plea agreement finalized within the next 10 business days.

WHEREFORE the Defendant prays the Court extend its deadline until March 6, 2001.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed on ~~December 15, 2000~~ Feb. 21, 2001 to:

Ana Marie Martinez
Assistant U.S. Attorney
99 NE 4th Street
Miami, FL 33132

        RICHARD B. MATEER
        21301 Powerline Road, Suite 309
        Boca Raton, FL 33433
        561-488-1110; 561-488-1300 (fax)

        HICKS, ANDERSON & KNEALE
        New World Tower, Suite 2402
        100 N. Biscayne Boulevard
        Miami, FL 33132
        305-374-8171; 305-372-8038 (fax)

        By: _____
            H. Dohn Williams Jr.
            Fla. Bar #166087

G:\martin\pleadings\extension.1