UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO. 00-6270-CR-GRAHAM

CHARLIE MARTIN,

    Defendant.
_____/



## ORDER RE:
## MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court upon the Defendant, Charlie Martin's, motion for an extension of time to finalize a negotiated plea. The Court, having considered the motion hereupon, orders and adjudges that the motion is _Granted_. The deadline for finalizing a plea agreement is extended to _March 6_, 2001.

DONE AND ORDERED at Miami, Florida this 27th day of February 2001.

                                              Donald L. Graham
                                              U.S. District Court Judge

Cc:    AUSA Ana Marie Martinez
        H. Dohn Williams Jr.
        Richard B. Mateer