UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.                                        CASE NO. 00-6270-CR-DLG

Charles Martin                             CHANGE OF PLEA

On 3/27/01 the above named defendant appeared in person before the Honorable DONALD L. GRAHAM, United States District Judge/Magistrate, with H. Dohn Williams, counsel appointed by the Court/~~retained by~~ the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) 1 of ~~the~~ Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)

(X) The Court postponed sentencing until 6-8-2001 @ 4:00 p.m.

( ) The defendant being allowed to remain on bond until sentencing.

( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

( ) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge   Donald L. Graham
Reporter   Barbara Medina                MAR 29 2001
Courtroom Dpy.   Clara A. Foster

Rec'd in MIA Dkt _____

RECEIVED & FILED IN OPEN COURT
3-27-01 AT
MIAMI, FLA.