UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          CASE NO. 00-6270-CR-GRAHAM

CHARLIE MARTIN,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Charlie Martin (Martin), moves the Court to continue his sentencing set for Friday, July 27, 2001 at 2:30 p.m. As grounds therefore Martin states:

1. After Martin pled guilty, he agreed to be debriefed by the government. The government determined that he is an essential witness in its prosecution of his codefendants, Robert Dudley and Hannibal Penny. It is anticipated that the government will file a Rule 5k1.1 motion after Martin testifies.

2. Dudley and Penny's trial was due to start at the beginning of July 2001; it was anticipated the trial would conclude by Martin's sentencing date. However, the trial was continued do to Penny's problems with his counsel.

3. The undersigned's co-counsel spoke with AUSA Annie Martinez, the trial prosecutor in this case. She has no objection to Martin's sentencing being continued until after Dudley and Penny's trial.

4. This is the first request for a continuance filed by Martin. It is made in good faith and not for the purpose of delay.

WHEREFORE Martin prays the relief requested be granted.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed on July 17, 2001 to:

Ana Marie Martinez
Assistant U.S. Attorney
99 NE 4th Street
Miami, FL 33132

        HICKS, ANDERSON & KNEALE
        799 Brickell Plaza, 9th floor
        Miami, FL 33131
        305-374-8171; 305-372-8038 (fax)

        By: _____
            H. Dohn Williams Jr.
            Fla. Bar #166087

G:\martin\pleadings\continue.1