UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CHARLIE MARTIN,

        Defendant.
_____/



FILED by _____ D.C.

AUG 3 - 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER GRANTING CONTINUANCE OF SENTENCING DATE

**THIS CAUSE** came before the Court upon the Unopposed Motion to Continue Sentencing, filed July 17, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Continue is **Granted**. Sentencing is rescheduled for Friday, November 30, 2001 at 2:30p.m.

**DONE AND ORDERED** in chambers, at Miami, Florida this ___2___ day of August, 2001.

                                  _____
                                  DONALD L. GRAHAM
                                  UNITED STATES DISTRICT JUDGE

copies to: Ana Martinez  AUSA
          H. Dohn Williams, Esq.
          U. S. Probation (Tomieka)
          Pretrial Services

