UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE MARTIN,

        Defendants.
_____/



## O R D E R

**THIS CAUSE** came before the Court upon Defendant's Motion to Modify Conditions of Pretrial Release, filed October 10, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Modify Conditions of Pretrial Release is **Denied** for failure to state the position of opposing counsel as required by the Local Rules.

**DONE AND ORDERED** in chambers, at Miami, Florida this 16th day of October, 2001.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Ana Martinez, AUSA
       H. Dohn Williams, Esq.
       Pretrial Services

