UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         CASE NO. 00-6270-CR-GRAHAM

CHARLIE MARTIN,

    Defendant.
_____/

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

    The Defendant, Charlie Martin, moves the Court to modify his conditions of pretrial release as follows. As a condition of his pretrial release, he is required to report in-person to pretrial services. He lives in Los Angeles and must report in-person at the office in Riverside, which requires the Defendant to drive approximately one (1) hour each way. The Defendant has not missed a scheduled in-person meeting, except the day after the World Trade Center attack the pretrial services office was closed; his pretrial services officer directed him to report the following week as scheduled. The Defendant's pretrial services officer, Lauren Gilder, 909-328-4490, has no objection to the in-person reporting requirement being deleted.

    Since he has been on pretrial release, the Defendant has traveled back in forth from California to South Florida, without incident, for court appearances and debriefings by the government in preparation for his trial testimony. In the near future, he will be traveling to South Florida at the prosecution's request to prepare for trial. He is not a risk of flight.



On Friday, October 26, 2001, the undersigned conferred with a USA Anna Marie Martinez. She advised that she has no objections to the Defendant's conditions of pretrial release being amended as requested.

Accordingly, the Defendant requests that his conditions of pretrial release be modified to delete the requirement of in-person reporting once a week.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed on October 31, 2001 to:

Ana Marie Martinez
Assistant U.S. Attorney
99 NE 4th Street
Miami, FL 33132

> HICKS, ANDERSON & KNEALE
> 799 Brickell Plaza, Suite 900
> Miami, FL 33131
> 305-374-8171; 305-372-8038 (fax)
>
> By: _____
>    H. Dohn Williams Jr.
>    Fla. Bar #166087

G:\martin\pleadings\noticeplea