UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE MARTIN,

        Defendant.
_____/



## ORDER

**THIS CAUSE** came before the Court upon Defendant's Motion to Modify Conditions of Pretrial Release, filed October 31, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, and noting no objection from the Government, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion to Modify Conditions is **Granted.** The Defendant shall report to Pretrial Services twice a week by telephone.

All other conditions of bond previously set by Magistrate Judge Palermo are in full force and effect.

**DONE AND ORDERED**, in chambers, at Miami, Florida this 6th day of November, 2001.

                                DONALD L,. GRAHAM
                                UNITED STATES DISTRICT JUDGE

Copies to: H. Dohn Williams, Esq.
           Ana Martinez, AUSA
           U. S. Pretrial Services
           U.S. Probation

