UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 01-06270-CR-GRAHAM

UNITED STATES OF AMERICA

Plaintiff,

vs.

MARK GOLDBERG and
CHARLIE MARTIN,

Defendant.
_____/



FILED by D.C.
NOV 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING CONTINUANCE OF SENTENCING DATE

**THIS CAUSE** came before the Court upon the Defendant's Unopposed Motion for Continuance of Sentencing Date, filed November 16, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Continue is **Granted**. Sentencing is rescheduled for Thursday, May 2, 2002, at 3:00p.m.

**DONE AND ORDERED** in chambers, at Miami, Florida this 22 day of November, 2001.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

copies to: Russell J. Williams, Esq.
Annie Martinez, AUSA
H. Dohn Williams, Esq.
U. S. Probation (Tomieka)
Pretrial Services