UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 01-06270-CR-GRAHAM
                00

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

MARK GOLDBERG and
CHARLIE MARTIN,

         Defendant.
_____/



## ORDER RE-SCHEDULING SENTENCING

**THIS CAUSE** came before the Court *sua sponte*.

**PLEASE TAKE NOTICE** that this case has been rescheduled for a **Sentencing Hearing** before the undersigned, United States District Judge Donald L. Graham, at the United States Courthouse, Courtroom 4, Third Floor, 701 Clematis Street, West Palm Beach, Florida 33401 Thursday, May 2, 2002 at 2:30p.m.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 11th day of March, 2002.

                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE


Copies to: Russell Williams, Esq.
           Annie Martinez, AUSA
           H. Dohn Williams, Esq.
           U. S. Marshal
           U. S. Probation (E. Padron)

