U.S. v. HANNIBAL PENNEY
CASE # 00-06270-CR-DLG

WITNESS LIST

| Signature | Printed |
|---|---|
| *David Hexter* | DAVID HEXTER |
| *Sandy Sydell* | SANDY SYDELL |
| *Barbara Kelly* | BARBARA KELLY |
| *John Lawrence* | JOHN LAWRENCE |
| *Sam Fields* | SAM FIELDS |
| *David Samuels* | DAVID SAMUELS |
| *Ted Samuels* | TED SAMUELS |
| *Roy Bailer* | ROY BAILER |

FILED by D.C.
APR 08 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

146