UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO. 00-6270-CR-GRAHAM



CHARLIE MARTIN,

    Defendant.
_____/

### UNOPPOSED MOTION TO CONTINUE SENTENCING SET FOR MAY 2, 2002

    The Defendant, Charlie Martin (Martin), moves the Court to continue his sentencing set for May 2, 2002. As grounds therefore Martin states:

    1. After Martin pled guilty, he agreed to be debriefed by the government. The government determined that he was an essential witness in its prosecution of his codefendant, Hannibal Penny. He recently testified at Penny's trial; Penny was just convicted; the government wants Martin available to testify at Penny's sentencing; and thereafter, it will file its Rule 5k1.1 motion.

    2. The government does not object to this motion.

    WHEREFORE Martin prays the relief requested be granted.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed on April 30, 2002 to:

Ana Marie Martinez
Assistant U.S. Attorney
99 NE 4th Street
Miami, FL 33132

HICKS, ANDERSON & KNEALE
799 Brickell Plaza, 9th floor
Miami, FL 33131
305-374-8171; 305-372-8038 (fax)

By: _____
H. Dohn Williams Jr.
Fla. Bar #166087

G:\martin\pleadings\continue.3