UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-DLG
DATE: 5-2-02

United States of America,

vs.

Charles Martin
∆ present

JUDGE: DONALD L. GRAHAM

FILED by _____ D.C.
MAY 02 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CRIMINAL COURT MINUTES

TYPE OF HEARING: Sentencing

AUSA: Debra Stuart and Annie Martinez
DEFENSE COUNSEL: Richard Matier

INTERPRETER: None       COURT REPORTER: B. Medina
CLERK: Cfoster

PROCEEDINGS AT HEARING: ∆'s M/continue - Granted
Govt. filed 5K1.1 motion on behalf
of ∆

MOTION: ____GRANTED      ____DENIED      ____TAKEN UNDER ADV.
                         SETTING
STATUS: _____       NEW TRIAL DATE: _____
                         Sentencing 7-12-02
CHANGE OF PLEA: _____ OTHER: _____

184/c
339 M.