UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case **00-6270**-*CR-DLG*

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

**WEST PALM BEACH, FLORIDA**

**MARK GOLDBERG and**
**CHARLES MARTIN,**

MAY 2, 2002

Defendants.



FILED by _H. H_ D.C.
APPEAL

MAY 0 9 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

---

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

ANA MARIA MARTINEZ, A.U.S.A.
DEBRA STUART, A.U.S.A.
99 N.E. 4th Street
Miami, FL  33132 - 305/961-9431


FOR DEFENDANT GOLDBERG:

RUSSELL J. WILLIAMS, ESQ.

FOR DEFENDANT MARTIN:

RICHARD MATIER, ESQ.

REPORTED BY:

BARBARA MEDINA, RPR-CP
Official Federal Court Reporter
Federal Justice Building, Ste. 1067
99 Northeast 4th Street
Miami, FL  33132 - 305/523-5138
E-mail address:  barbmedina@aol.com

186
H.H.

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**