UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

MARK GOLDBERG and
CHARLES MARTIN,

        Defendant.
_____/



## O R D E R

**THIS CAUSE** came before the Court upon the Defendants Unopposed Motion to Continue Sentencing, filed April 30, 2002.

**THE COURT** has previously ruled from the bench upon this matter at a hearing on May 2, 2002, this order memorializes the ruling as set forth below. It is

**ORDERED AND ADJUDGED** that the Unopposed Motion for Continuance is **Granted.** The Court shall conclude the sentencing hearing in this cause on Friday July 12, 2002 at 3:30 p.m. at the James Lawrence King Federal Justice Building, Eleventh Floor, Courtroom 1, 99 N.E. 4th Street, Miami, Florida.

**DONE AND ORDERED** in chambers, at Miami, Florida this 8th day of May, 2002.

                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

Copied: Annie Martinez, AUSA
        Debra Stuart, AUSA
        Russell Williams Esq.
        H. Dohn Williams,Jr.,P.A.
        Janice Smith, USPO
        Dedra M. Pratt, USPO

