UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

CHARLIE MARTIN and
MARK GOLDBERG,

       Defendant.
_____/



### ORDER CONTINUING SENTENCING DATE

**THIS CAUSE** came before the Court at the status conference held on July 12, 2002. At the conference, all parties agreed to a continuance of the sentencing date.

**THE COURT** has previously ruled from the bench upon this matter. This order memorializes the ruling as set forth below. It is Therefore,

**ORDERED AND ADJUDGED** that Sentencing Hearing will be held on Tuesday, September 17, 2002 at 3:00 p.m., in the James Lawrence King Federal Justice Building, Eleventh Floor, Courtroom 1, 99 N. E. 4th Street, Miami, Florida.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 12th day of July, 2002.

                                            _____
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE



Copies to: Debra Stuart, AUSA
          Russell Williams, Esq.
          H. Dohn Williams, Esq.
          Annie Martinez, Esq.