SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEFENDANT Charles Martin
CASE # 00-6270-CR-DLG
JUDGE DONALD L. GRAHAM
Clerk CLARA A. FOSTER
DATE 9-17-02
Reporter BARBARA MEDINA
AUSA Debra Stuart, Annie Martinez, Janet Smith — Sara Garcia       Deft. Counsel H. Dohn Williams

DEFENDANT FOUND GUILTY AS TO COUNTS _____

COUNTS DISMISSED _____

_____ Deft. failed to appear - warrant to issue. Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ am / pm

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |

Comments _____

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 5 | | |

6 mos. Home Detention

Comments: S/C Mental Health treatment, Financial Disclosure, Incur no Debt, No Self-employment w/o permission USPO, No Sales, No Securities, No telemarketing w/o permission

Assessment $ 100.00        Fine $ -0-
Restitution / Other JM 3SVee $ 210,524.26
$ 150.00 per mo.

### CUSTODY

_____ Remanded to U.S. Marshal    _____ Release bond pend appeal

_____ Voluntary Surrender to (designated institution or US Marshal) on __/__/__.

_____ Commitment recommendation: _____

(rev. 12/91)

## ADDITIONAL COMMENTS TO SENTENCING MINUTES

___  ___  _____

_____

_____

_____

_____

_____

_____

_____

_____