UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM



02 NOV 18 PM 2:32

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLIE MARTIN,

    Defendant.

_____/

## MOTION TO DISCHARGE AND EXONERATE SURETY

Defendant, Charlie Martin, moves this Court for an order to discharge and exonerate the surety in the above-styled cause, the Defendant and the Defendant's mother, Roberta H. Martin, because all of the conditions of his pretrial bond have been satisfied. As grounds the Defendant states:

1. On December 6, 2000, this Court entered an order that the Defendant shall be released on a $100,000 personal surety bond signed by himself and his mother, Roberta H. Martin. (DK 32). On December 18, 2000, the bond signed by the Defendant and the Defendant's mother, Roberta H. Martin, was filed with this Court. (DK 41).

2. On March 27, 2001, this Court took the Defendant's change of plea. (DK 56). On September 17, 2002, the Defendant was sentenced to a term of probation, including a special condition of home confinement. (DK 217, 218). The Defendant is presently serving his sentence. Therefore, the terms on conditions of his pretrial release have been satisfied.



WHEREFORE the Defendant moves this Court for an Order discharging and exonerating his surety, Roberta H. Martin, as well as himself.

HICKS, ANDERSON & KNEALE, P.A.
799 Brickell Plaza, 9th Floor
Miami, FL 33131
Tel:   305/374-8171
Fax:   305/372-8038

By: _____
H. DOHN WILLIAMS
Florida Bar No. 0166087

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this 15 day of November 2002 to:

Ana Marie Martinez
Asst. U.S. Attorney
99 N.E. 4th Street
Miami, FL 33132

By: _____
H. Dohn Williams Jr.
Fla. Bar #166087