UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE MARTIN,

        Defendant.
_____/



## ORDER GRANTING DISCHARGE OF SURETY BOND

**THIS CAUSE** came before the Court upon defendant's Motion to Discharge and Exonerate Surety, filed November 18, 2002.

**THE COURT** has reviewed the Motion and being otherwise fully advised in the premises, it is, hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Discharge and Exonerate Bond is Granted. The personal surety bond securing the Defendant's pretrial release in the amount of one hundred thousand dollars ($100,000.), is hereby Discharged.

**DONE AND ORDERED** in chambers, at Miami, Florida this 4th day of December, 2002.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies to: H. Dohn Williams, Jr., Esq.
          Annie Martinez, AUSA