PACTS No. 66524
(Rev. 6/23/03)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff

**ORDER VACATING PROBATION PETITION**

vs.

CHARLIE MARTIN

    Defendant
_____/

THIS MATTER is before the Court pertaining to a violation of Probation filed by the United States Probation Office on September 11, 2007, and signed by the Court on September 12, 2007. The Court being duly advised in the premises and after due consideration, it is

**ORDERED AND ADJUDGED** that the Petition For Summons For Offender Under Supervision, signed on September 12, 2007, be and the same is hereby **VACATED**, set aside and of no further force and effect.

DONE AND ORDERED in the Chambers at Miami, Dade County, Florida, this 1st Day of October (~~September~~) 2007.

                                                                       The Honorable Donald L. Graham
                                                                       United States District Judge
                                                                       Miami, Florida

**Copies furnished:**
AUSA
Defense
U.S. Probation